FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN KELTY,<br><br>    Plaintiff,<br><br>    v.<br><br>WALLA WALLA COUNTY; REBECCA GROOM; JOHN LIGER; NORRIS GREGOIRE; BLUE MOUNTAIN HEART-TO-HEART; NADEAN PULFER; R&B FLECK ENTERPRISES; RONALD FLECK; MATTHEW STROE; KERI WEBER; ESMERALDA REYNOSO; SHAY HOFFMAN; and COLUMBIA COUNTY,<br><br>    Defendants. | No. 4:23-CV-05165-SAB<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated [Motion for] Protective Order, ECF No. 44, and related Motion to Expedite, ECF No. 45. The motion was heard without oral argument.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

**ORDER DENYING STIPULATED PROTECTIVE ORDER** #1

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Motion to Expedite, ECF No. 45, is **GRANTED**.
2. The parties' Stipulated [Motion for] Protective Order, ECF No. 44, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 10th day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING STIPULATED PROTECTIVE ORDER #**2