FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN KELTY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALLA WALLA COUNTY; REBECCA GROOM; JOHN LIGER; NORRIS GREGOIRE; BLUE MOUNTAIN HEART-TO-HEART; NADEAN PULFER; R&B FLECK ENTERPRISES; RONALD FLECK; MATTHEW STROE; KERI WEBER; ESMERALDA REYNOSO; SHAY HOFFMAN; and COLUMBIA COUNTY,<br><br>　　　　Defendants. | No. 4:23-CV-05165-SAB<br><br>**ORDER OF DISMISSAL** |

　　On March 28, 2025, the Court ordered a status report regarding Defendants Esmeralda Reynoso and Shay Hoffman. However, the record indicates those Defendants were not carried over to the Amended Complaint from the original. Furthermore, while the Court granted the parties' motion to dismiss the claims against county individuals, those individuals were not dismissed from the record.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1.　　The claims asserted against Defendants John Liger, Norris Gregoire,

**ORDER OF DISMISSAL # 1**

Matthew Stroe, and Keri Weber are dismissed with prejudice and without any award of attorneys' fees or costs to either party.

    2.    Defendants Esmeralda Reynoso and Shay Hoffman are terminated from this matter, effective December 14, 2023.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 31st day of March 2025.



                    Stanley A. Bastian
        Chief United States District Judge

**ORDER OF DISMISSAL # 2**